IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-02 |
| MICHAEL GOLDNER | : | |

**ORDER**

And now, this 11th day of August, 2015, the defendant having entered a guilty plea to the Superseding Information (Doc. 24), it is hereby

ORDERED

that the Indictment (Doc. 1) is dismissed.

BY THE COURT:

_____
HONORABLE GERALD A. MCHUGH
*Judge, United States District Court*