### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | No. 15-2 |
| | : | |
| **MICHAEL GOLDNER** | : | |

### ORDER

This 22nd day of December, 2022, it is hereby **ORDERED** that Defendant's Motion to Dismiss Probation Revocation Proceedings, ECF 71, is **DENIED**, for the reasons stated from the bench and in the accompanying memorandum opinion.

/s/ Gerald Austin McHugh
United States District Judge